# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Jeffrey N. Cole | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 05 CR 937 - 6 | **DATE** | 1/5/2006 |
| **CASE TITLE** | U.S.A. vs. Cuong Dang, et al | | |

**DOCKET ENTRY TEXT**

(Defendant Cuong Dang only). Preliminary examination hearing called. Defendant waives his right to a preliminary examination hearing. Enter a finding of probable cause, order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | SB |