# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 05 CR 937 | **DATE** | 5/21/2013 |
| **CASE TITLE** | USA vs. HIEP VAN NGUYEN et al | | |

**DOCKET ENTRY TEXT**

An indictment having been returned, the complaint is dismissed as to all defendants.

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | JS |